IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARY L. MCAULEY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>    Defendant. | Case No. 6:19-cv-00327-JR<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

    Plaintiff Mary L. McAuley brought this action seeking review of the Commissioner's final decision denying her application for Disability Insurance Benefits ("DIB") under the Social Security Act. The Court reversed the Commissioner's decision, remanded the case for further proceedings, and entered Judgment on May 20, 2020. Upon remand, the Commissioner found Plaintiff entitled to DIB beginning April 2011.

    Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S.

789, 796 (2002), the Court finds that the requested fees are reasonable.

    Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $24,166.00 in attorney's fees under 42 U.S.C. § 406(b). Previously, Plaintiff's counsel was awarded attorney fees in the amount of $5,329.83 and $7,949.70 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. When issuing the § 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amounts awarded under the EAJA, and to send the balance of $10,886.47, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorneys at WELLS, MANNING, EITENMILLER & TAYLOR, P.C., 474 Willamette Street, Eugene, Oregon 97401. Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

    IT IS SO ORDERED this 27th day of October, 2022.

    /s/ Jolie A. Russo  
    JOLIE A. RUSSO  
    United States Magistrate Judge

Proposed Order submitted by:  
Katherine L. Eitenmiller  
WELLS, MANNING, EITENMILLER & TAYLOR, P.C.  
474 Willamette Street  
Eugene, OR 97401  
(541) 686-1969  
keitenmiller@wmetattorneys.com  
Of Attorneys for Plaintiff